41 A.3d 857

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Mark Daniel GREELEY, Petitioner.**

Supreme Court of Pennsylvania.

April 11, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of April, 2012, the Petition for Allowance of Appeal and "Appellant's Motion to Amend His Petition for an Allowance of Appeal" are denied.

41 A.3d 858

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael THORPE, Petitioner.**

**No. 167 EM 2011.**

Supreme Court of Pennsylvania.

April 11, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of April, 2012, the Application for Extraordinary Relief and the Application for Appointment of Counsel are **DENIED.**